## BROWN, ET AL. v. MITCHELL, ET AL.

(Decided February 3, 1915.)

APPEAL from Jackson Circuit Court.

Heard before Hon. W. W. HARALSON.

No counsel marked for either party.

Per curiam. Appeal dismissed by appellant.

---

## CITY OF MONTGOMERY v. McDADE.

(Decided July 25, 1914.)

APPEAL from Montgomery Chancery Court.

Heard before Hon. L. D. GARDNER.

W. A. GUNTER, for appellant. E. T. GRAHAM, and HILL, HILL, WHITING & STERN, for appellee.

MCCLELLAN, J.—Affirmed on the authority of *City of Montgomery v. Greene*, 180 Ala. 322, 60 South. 900; *City of Montgomery v. McDade*, 180 Ala. 156, 60 South. 797; *City of Montgomery v. Greene*, 187 Ala. 196, 65 South. 783.

ANDERSON, C. J., MAYFIELD and DE GRAFFENRIED, JJ,. concur.

---

## EX PARTE BIRMINGHAM LEDGER CO.

(Decided July 25, 1914.)

CERTIORARI to Court of Appeals.

COLEMAN & COLEMAN, for appellant. F. E. BLACKBURN and MORRIS LOVEMAN, for appellee.

MAYFIELD, J.—CERTIORARI to review judgment of Court of Appeals in *Birmingham Ledger Co. v. Buchanan, pro ami*. Writ denied.

All the Justices concur.